Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Michael Earl Russell | § | CASE NO. 19-70332-hdh-13 |
| AND | § | |
| Brandy Michele Russell | § | Hearing on December 18, 2019 |
| | § | 10:00 AM |

NOTICE OF HEARING ON
DEBTOR(S) MOTION TO EXTEND AUTOMATIC STAY

COME NOW Michael Earl Russell and wife, Brandy Michele Russell, Debtors, and file this Notice of Hearing. Attorney for Debtors hereby notifies that hearing on Debtor(s) Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 A M, December 18, 2019, in the United States Bankruptcy Court, Room 216A, 1000 Lamar, Wichita Falls, Texas 76301. A pre-hearing conference will be held in Room 303 at 8:30 AM on the same date at the same location.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certified that on November 20, 2019, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtor(s)