**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | Case No: 19-70332 |
| MICHAEL EARL RUSSELL (xxx-xx-7636)<br>BRANDY MICHELE RUSSELL (xxx-xx-1821)<br>PO BOX 356<br>HENRIETTA, TX  76365 | Chapter 13 |
| **DEBTORS** | |

<u>**NOTICE OF HEARING AND THE RIGHT TO OBJECT:**</u>

PLEASE TAKE NOTICE that on February 12, 2020 10:00 am at the following location:

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TX  76301

<u>**DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION**</u>

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtors' counsel  (or the Debtors if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE- HEARING DATE BELOW.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON February 12, 2020 at 8:30 AM AT THE FOLLOWING ADDRESS:

LOCATION:  US COURTHOUSE ROOM 303, 10TH AND LAMAR STREETS,, WICHITA FALLS, TX 76301

DEBTOR'S(S') COUNSEL SHALL ADVISE THIER CLIENTS IF THEIR ATTENDANCE AT ANY HEARING OR PRE-HEARING IS REQUIRED.

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

MICHAEL EARL RUSSELL, BRANDY MICHELE RUSSELL, PO BOX 356, HENRIETTA, TX 76365
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX 76301
AMERICAN HONDA FINANCE, PO BOX 168088, IRVING, TX 75016
BANK OF AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27410
CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, S LOUIS, MO 63129
CITIBANK / SEARS, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO BOX 790040, SAINT LOUIS, MO 63179
CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, S LOUIS, MO 63129
CLAY COUNTY, TAX ASSESSOR COLLECTOR, A.G. REIS RPA, RTA, CTA, P.O. BOX 108, HENRIETTA 76365
CLINICS OF NORTH TEXAS, PO BOX 730852, DALLAS, TX 75373
FIDELITY BANK, 2525 KELL BLVD SUITE 100, WICHITA FALLS, TX 76308
FIRST CAPITAL BANK OF TEXAS, 900 MIDWESTERN PKWY, WICHITA FALLS, TX 76302
FIRST NATIONAL BANK, 310 W WALL ST STE 100, MIDLAND, TX 79701
HARRIS & HARRIS, 111 W JACKSON BLVD, SUITE 400, CHICAGO, IL 60604
HARRIS & HARRIS LTD, 111 W JACKSON BLVD STE 400, CHICAGO, IL 60604-4134
HEAD & NECK SURGICAL ASSOCIATES, PO BOX 2369, WICHITA FALLS, TX 76307
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
JACKSBORO NATIONAL BANK, 910 N MAIN STREET, JACKSBORO, TX 76458
SPRUCE LENDING INC., 4741 E HUNTER AVE, ANAHEIM, CA 92807
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541
SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896
TITANIUM BILLING, 706 DENVER ST., WICHITA FALLS, TX 76301
UNITED REGIONAL, ATTN: BILLING DEPT., 1600 11TH STREET, WICHITA FALLS, TX 76301
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX 76102-6882
US ATTORNEY, ATTORNEY IN CHARGE, 1100 COMMERCE STREET SUITE 300, DALLAS, TX 75242-1699
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC 20530
US BANK, BANKRUPTCY DEPARTMENT, PO BOX 5229, CINCINNATI, OH 45201
US CELLULAR, PO BOX 650684, DALLAS, TX 75365-0684
VIEWTECH FINANCIAL SER, 4761 E HUNTER AVE, ANAHEIM, CA 92807
WELLS FARGO BANK, PO BOX 10438, MACF8235-02F, DES MOINES, IA 50306
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242

/s/ Robert B. Wilson
Robert B. Wilson